[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 97-4427
_____

D. C. Docket No. 94-8681-CIV-JAG

JANE ROE, II,

Plaintiff-Appellant,

versus

ROBERT BUTTERWORTH, Attorney
General of the State of Florida,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(November 24, 1997)**

Before COX and CARNES, Circuit Judges, and FAY, Senior
    Circuit Judge.

PER CURIAM:

This suit and appeal involve a challenge to the laws of the state of Florida prohibiting prostitution. The contentions are that such laws violate several provisions of and rights recognized under the United States Constitution. The district court granted summary judgment in favor of the defendant.

We affirm the judgment of the district court for the reasons set forth in its thorough opinion published at 958 F. Supp. 1569 (S.D. Fla. 1997).

AFFIRMED.